# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00696-CV

**Susan Chapman and Gary Chapman, Appellants**

**v.**

**Jeanette Karn and Harold Karn, Appellees**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT NO. C2001-485B, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

Appellants Susan Chapman and Gary Chapman have filed an unopposed motion to dismiss their appeal. We grant their motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a) (voluntary dismissals).

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed: January 10, 2002

Do Not Publish